**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**SAVANNAH DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | **CASE NO. 4:25-CR-47** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **JASON HAZEL** | ) | |

## <u>ORDER</u>

Application for leave of absence has been requested by Makeia R. Jonese, Special Assistant United States Attorney, for August 20, 2025, through August 26, 2025, for the purpose of out-of-district work travel.

The above and foregoing request for leave of absence is GRANTED.

So ORDERED this 15th day of May 2025.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA